YARA ENGINEERING CORPORATION, PLAINTIFF-PETI-
TIONER, v. NEW JERSEY TURNPIKE AUTHORITY,
DEFENDANT-RESPONDENT.

See same case below: 49 *N. J. Super.* 603.

*Mr. Emanuel Wagner* for the petitioner.

*Messrs. McCarter & English, Mr. Ward J. Herbert* and
*Mr. Arthur A. Troast* for the respondent.

June 25, 1958.   Denied.

JOHN BUCUK, PETITIONER-RESPONDENT, v. EDWARD A.
ZUSI BRASS FOUNDRY, RESPONDENT-PETITIONER.

See same case below: 49 *N. J. Super.* 187.

*Mr. Edward B. Meredith* for the petitioner.

*Mr. Mortimer Wald* for the respondent.

June 25, 1958.   Denied.